```
                                                      FILED
                                                  IN CLERKS OFFICE
                    UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS  2005 JAN 27  P 1:49
```

```
                                                DISTRICT COURT
                                                DISTRICT OF MASS.
```

| | |
|---|---|
| INTERSCOPE RECORDS, a California general partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; VIRGIN RECORDS AMERICA, INC., a California corporation; BMG MUSIC, a New York general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DOES 1 - 2,<br><br>Defendants. | CIVIL ACTION NO.<br><br>05 - 10160 NG |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3, Plaintiffs identify their parent corporations and any publicly held company that owns 10% or more of any Plaintiff's stock.

Plaintiff INTERSCOPE RECORDS is a subsidiary of Vivendi Universal, S.A., which is publicly traded in the United States.

Plaintiff ATLANTIC RECORDING CORPORATION's parent corporation is WMG Parent Corp., which is not publicly traded.

Plaintiff WARNER BROS. RECORDS INC.'s parent corporation is WMG Parent Corp., which is not publicly traded.

Plaintiff ARISTA RECORDS LLC is a limited liability company owned by BMG Music, which is not publicly traded.

Plaintiff VIRGIN RECORDS AMERICA, INC.'s parent is EMI Group PLC, which is publicly traded in the U.K.

Plaintiff BMG MUSIC is a general partnership owned by Sony BMG Music Entertainment and Ariola Eurodisc LLC, neither of which is publicly traded.

Plaintiff SONY BMG MUSIC ENTERTAINMENT is a joint venture owned by USCO Holdings Inc., BeSo Holding LLC, Ariola Eurodisc, Inc., Arista Holding, Inc., and Zomba US Holdings, Inc., none of which is publicly traded. Its ultimate parents are Bertelsmann AG and Sony Corporation, the latter of which is publicly traded in the United States.

Plaintiff UMG RECORDINGS, INC.'s parent corporation is Vivendi Universal, S.A., which is publicly traded in the United States.

> INTERSCOPE RECORDS; ATLANTIC RECORDING CORP.; WARNER BROS. RECORDS INC.; ARISTA RECORDS LLC; VIRGIN RECORDS AMERICA, INC.; BMG MUSIC; SONY BMG MUSIC ENTERTAINMENT; and UMG RECORDINGS, INC.
>
> By their attorneys,

DATED: _____1/26/01_____   By: _____
                                Colin J. Zick (BBO No. 556538)
                                Gabriel M. Helmer (BBO No. 652640)
                                FOLEY HOAG LLP
                                155 Seaport Boulevard
                                Boston, MA 02210-2600
                                Phone: (617) 832-1000
                                Fax:   (617) 832-7000

<u>Of Counsel</u>:
Yvette Molinaro
MITCHELL SILBERBERG & KNUPP LLP
11377 W. Olympic Blvd.
Los Angeles, CA 90064-1683
Phone: (310) 312-2000
Fax:   (310) 312-3100