AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

*FILED IN CLERK'S OFFICE*
*2005 JAN 27*
*U.S. DISTRICT COURT*
*DISTRICT OF MASS.*

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>UNITED STATES DISTRICT COURT<br>District of Massachusetts<br>John Joseph Moakley Courthouse<br>1 Courthouse Way<br>Boston, MA 02210 |
|---|---|
| DOCKET NO.          DATE FILED | |

05-10160 NG

| PLAINTIFF | DEFENDANT |
|---|---|
| INTERSCOPE RECORDS; ATLANTIC RECORDING CORP.; WARNER BROS. RECORDS INC.; ARISTA RECORDS LLC; VIRGIN RECORDS AMERICA, INC.; BMG MUSIC; SONY BMG MUSIC ENTERTAINMENT; and UMG RECORDINGS, INC. | DOES 1 - 2 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

**Exhibit A**

## Doe #1 (141.133.155.23 2004-12-17 07:11:44 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Van Halen | Girl Gone Bad | 1984 (MCMLXXXIV) | 52-319 |
| Atlantic Recording Corporation | Jewel | Angel Standing By | Pieces of You | 198-481 |
| Virgin Records America, Inc. | Paula Abdul | Cold Hearted | Forever Your Girl | 93-688 |
| BMG Music | Dave Matthews Band | Everyday | Everyday | 300-313 |
| UMG Recordings, Inc. | Beck | Mixed Bizness | Midnite Vultures | 276-479 |
| Arista Records LLC | Santana | Love of My Life | Supernatural | 289-833 |
| BMG Music | Dave Matthews Band | The Best Of What's Around | Under the Table and Dreaming | 285-688 |
| UMG Recordings, Inc. | Beck | Devils Haircut | Odelay | 222-917 |

**Exhibit A**

## Doe #2 (141.133.153.186 2004-12-09 23:06:08 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Sony BMG Music Entertainment | Jennifer Lopez | No Me Ames (Tropical Mix) duet w/Marc Anthony | On The 6 | 267-571 |
| Arista Records LLC | Santana | Corazon Espinado | Supernatural | 289-833 |
| Interscope Records | Enrique Iglesias | Bailamos | Enrique | 214-257 |
| Arista Records LLC | Avril Lavigne | Tomorrow | Let Go | 312-786 |
| Sony BMG Music Entertainment | Ricky Martin | La Copa De La Vida (La Cancion Oficial De La Copa Mundial, Francia '98) | Ricky Martin | 278-159 |